FILED

NOT FOR PUBLICATION

JUL 21 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RAFAEL PEREZ-AYALA,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 09-70026

Agency No. A075-765-068

MEMORANDUM*

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 12, 2011**

Before:     SCHROEDER, ALARCÓN, and LEAVY, Circuit Judges.

Rafael Perez-Ayala, a native and citizen of Mexico, petitions pro se for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reopen based on ineffective assistance of counsel.  We have jurisdiction under

---

*        This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

**        The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

8 U.S.C. § 1252.  We review for abuse of discretion the denial of a motion to reopen.  *Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005).  We deny the petition for review.

The BIA did not abuse its discretion in denying Perez-Ayala's motion to reopen because it was filed almost five years after the BIA's October 23, 2003, order, *see* 8 C.F.R. § 1003.2(c)(2), and Perez-Ayala failed to demonstrate that he acted with the due diligence required for equitable tolling, *see Iturribarria v. INS*, 321 F.3d 889, 899 (9th Cir. 2003) (equitable tolling available where "a petitioner is prevented from filing because of deception, fraud, or error, as long as the petitioner acts with due diligence").

**PETITION FOR REVIEW DENIED.**